Brian M. Blum, 024243
**BLUM LAW OFFICE, PLC**
8111 East Thomas Road, Suite 120
Scottsdale, Arizona  85251
Tel: (480) 292-8423 | Fax: (480) 240-1355
bmb@blumplc.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Cox Communications, Inc., a Delaware corporation,<br><br>              Plaintiff,<br><br>    vs.<br><br>Howard Lavitt,<br><br>              Defendant. | Case No.<br><br>**COMPLAINT**<br><br>(Violation of The Cable Communications Policy Act; Violation of Electronic Communications Privacy Act; Violation of A.R.S. §13-3709; Unjust Enrichment)<br><br>(Jury Trial Demanded) |

**PARTIES, JURISDICTION AND VENUE**

1.     Cox Communications, Inc. ("Plaintiff") is a Delaware corporation with its principal place of business in Atlanta, Georgia.

2.     Upon information and belief, Howard Lavitt ("Defendant") is a married man residing in Maricopa County, Arizona.

3.     This Court has jurisdiction under 28 U.S.C. § 1331.

4.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

**GENERAL ALLEGATIONS**

5.     Plaintiff realleges the preceding paragraphs.

6.     Plaintiff is the owner and operator of a cable television system used for the signal generation, transmission and reception of video programming to subscribers within

BLUM LAW OFFICE PLC
8111 East Thomas Road | Suite 120
Scottsdale, Arizona  85251
*phone:* 480.292.8423 | *fax:* 480.240.1355

the State of Arizona and nationwide.

7.     Plaintiff sells "basic," "standard," and "premium" programming packages to subscribers for a monthly fee.  Additionally, Plaintiff sells Pay-Per-View programming, a service that enables subscribers to purchase individual movies, sporting events or other entertainment for a per event fee over and above programming package fees.

8.     Plaintiff transmits the programming signal from its reception facilities to residential subscribers through a network of cable wiring and equipment (the "System").

9.     Plaintiff encodes ("scrambles") the signal for specific programming as a security measure to prevent unauthorized access to programs.   Plaintiff provides subscribers with a device (the "Set-top Box") that converts and decodes the signal into a form that subscribers can view on a television set.  Plaintiff controls which programs a subscriber can view by remotely programming the Set-top Box to display the programs the subscriber has ordered.

10.    Upon information and belief, on or about September 15, 1999, Defendant purchased bootleg "pirate" cable television decoding equipment (the "Piracy Equipment") from D Electronics, a manufacturer and distributor of such illegal equipment.

11.    Upon information and belief, the Piracy Equipment was mailed to Defendant at his previous residence located at 7525 N. Ironwood Drive, Paradise Valley, Arizona.

12.    Plaintiff first discovered that Defendant had purchased the Piracy Equipment in or around May, 2007.

13.    The Piracy Equipment was designed only for the purpose of circumventing the security functions of Plaintiff's scrambling technology to allow the user to view premium and Pay-Per-View cable television programs without paying the requisite subscription fee.

BLUM LAW OFFICE PLC
8111 East Thomas Road | Suite 120
Scottsdale, Arizona 85251
*phone:* 480.292.8423 | *fax:* 480.240.1355

14.     Upon information and belief, Defendant has subscribed to Plaintiff's services since the time the Piracy Equipment was delivered through the present.

## COUNT ONE

### Violation of The Cable Communications Policy Act, 47 U.S.C. § 553(a)(1)

15.     Plaintiff realleges the preceding paragraphs.

16.     Upon information and belief, Defendant connected the Piracy Equipment to the System in order to intercept or receive or assist in intercepting or receiving the communications service offered over Plaintiff's cable system.   Defendant's action was unauthorized by Plaintiff.

17.     Plaintiff has suffered injury as a result of Defendant's conduct.

18.     Plaintiff has no adequate remedy at law to redress continued violations.

**WHEREFORE**, Plaintiff requests that this Court:

A.     Grant a temporary and final injunction to prevent or restrain continued violations of 47 U.S.C. § 553(a)(1);

B.     Award Plaintiff its actual damages in an amount to be proven at trial;

C.     Award Plaintiff statutory damages in the maximum amount of $10,000 pursuant to 47 U.S.C. § 553(c)(3)(A)(ii);

D.     Award Plaintiff its attorneys' fees and costs pursuant to 47 U.S.C. § 553(c)(2)(C); and

E.     Grant Plaintiff other such relief deemed just and proper.

## COUNT TWO

### Violation of Electronic Communications Privacy Act 18 U.S.C. §§ 2510, *et seq.*

19.     Plaintiff realleges the preceding paragraphs.

20.     Upon information and belief, Defendant connected the Piracy Equipment to

BLUM LAW OFFICE PLC
8111 East Thomas Road | Suite 120
Scottsdale, Arizona 85251
*phone:* 480.292.8423 | *fax:* 480.240.1355

1   Plaintiff's System with the intent to intercept, or procure another person to intercept or

2   endeavored to intercept a wire, oral, or other electronic communication.

3       21.     Plaintiff has suffered injury as a result of Defendant's conduct.

4   **WHEREFORE**, Plaintiff requests that this Court:

5       A.      Pursuant to 18 U.S.C. § 2520(b)(1), permanently enjoin Defendant from

6   purchasing or using any equipment which enables him to defraud Plaintiff of part of the

7   fee Plaintiff charges for its services.

8       B.      Award Plaintiff damages pursuant to 18 U.S.C. § 2520(c)(2) in an amount

9   equal to the greater of (1) Actual damages in an amount to be proven at trial, pursuant to

10  18 U.S.C. § 2520(c)(2); or (2) Statutory damages of whichever is greater of $100 a day

11  for each violation or $10,000;

12      C.      Award Plaintiff its attorneys' fees and costs pursuant to 18 U.S.C.

13  2520(b)(3);

14      D.      Award Plaintiff punitive damages in an amount to be proven at trial pursuant

15  to 18 U.S.C. § 2520(b)(2); and

16      E.      Grant Plaintiff other such relief deemed just and proper.

### COUNT THREE

### Violation of Ariz.Rev.Stat. §13-3709

19      22.     Plaintiff realleges the preceding paragraphs.

20      23.     Plaintiff operates a "cable television system" within the meaning of

21  Ariz.Rev.Stat ("A.R.S.") § 9-505.  The Piracy Equipment is an "unauthorized device" as

22  defined in ARS §13-3709.

23      24.     Upon information and belief, Defendant connected the Piracy Equipment to

24  Plaintiff's System with the intent to defraud Plaintiff of part of the lawful charge for

BLUM LAW OFFICE PLC
8111 East Thomas Road | Suite 120
Scottsdale, Arizona 85251
*phone:* 480.292.8423 | *fax:* 480.240.1355

1  services provided by Plaintiff.

2  **WHEREFORE** Plaintiff requests that this Court:

3       A.     Permanently enjoin Defendant from purchasing or using any equipment

4  which enables him to defraud Plaintiff of part of the fee Plaintiff charges for its services;

5       B.     Award Plaintiff actual damages in an amount to be proven at trial;

6       C.     Award Plaintiff its attorneys' fees and costs pursuant to A.R.S. § 13-

7  3709(E); and

8       D.     Award Plaintiff other such relief deemed just and proper.

9  **COUNT FOUR**

10  **Unjust Enrichment**

11       25.     Plaintiff realleges the preceding paragraphs.

12       26.     Upon information and belief, Defendant used Plaintiff's services without

13  paying the proper subscription fee.

14       27.     No remedy at law sufficiently addresses Defendant's unjust enrichment.

15  WHEREFORE, Plaintiff requests that this Court:

16       A.     Award Plaintiff its actual damages in an amount to be proven at trial;

17       B.     Award Plaintiff its attorneys' fees and costs; and

18       C.     Award Plaintiff any other relief deemed just and proper.

19       DATED: February 13, 2008.     **BLUM LAW OFFICE, PLC**

20       s/ Brian M. Blum

21       Brian M. Blum
     Attorney for Plaintiff
     Cox Communications, Inc.

22

23

24

BLUM LAW OFFICE PLC
8111 East Thomas Road | Suite 120
Scottsdale, Arizona 85251
*phone:* 480.292.8423 | *fax:* 480.240.1355