Brian M. Blum, 024243
**BLUM LAW OFFICE, PLC**
8111 East Thomas Road, Suite 120
Scottsdale, Arizona  85251
Tel: (480) 292-8423 | Fax: (480) 240-1355
bmb@blumplc.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cox Communications, Inc., a Delaware corporation,  ) | Case No. |
| ) | |
| ) | **CORPORATE DISCLOSURE STATEMENT** |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | |
| ) | |
| Howard Lavitt,  ) | |
| ) | |
| Defendant.  ) | |
| ) | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff discloses that it is a wholly owned subsidiary of Cox Enterprises, Inc., a Delaware corporation.  Cox Enterprises, Inc. is a privately held company and no publicly held corporation owns 10% or more of its stock.

DATED: February 13, 2008.     **BLUM LAW OFFICE, PLC**

 s/ Brian M. Blum
Brian M. Blum
Attorney for Plaintiff
Cox Communications, Inc.

BLUM LAW OFFICE PLC
8111 East Thomas Road | Suite 120
Scottsdale, Arizona  85251
*phone*: 480.292.8423 | *fax*: 480.240.1355