Brian M. Blum, 024243
**BLUM LAW OFFICE, PLC**
8283 N. Hayden Road, Suite 135
Scottsdale, Arizona 85258
Tel: (480) 292-8423 | Fax: (480) 240-1355
bmb@blumplc.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Cox Communications, Inc., a Delaware corporation, ) | No. CV 08-00287-PHX-JAT |
| ) | |
| Plaintiff, ) | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| ) | |
| vs. ) | |
| ) | |
| Howard Lavitt, ) | |
| ) | |
| Defendant. ) | |
| ) | |

NOTICE IS GIVEN pursuant to Fed. R. Civ. P. 41(a) that Plaintiff voluntarily dismisses this lawsuit with prejudice. Defendant has not filed an answer, motion for summary judgment, or any other responsive pleading.

DATED: March 17, 2008. **BLUM LAW OFFICE, PLC**

s/ Brian M. Blum
Brian M. Blum
Attorney for Plaintiff
Cox Communications, Inc.

//

//

-1-

*CERTIFICATE OF SERVICE*

I hereby certify that on March 17, 2008, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and mailed a copy of the document to:

Howard Lavitt
7155 E. Belmont Ave.
Paradise Valley, Arizona  85253
*Defendant*

Norman Katz
**KATZ AND BLOOM PLC**
2800 N. Central Ave., Suite 1750
Phoenix, Arizona  85004
*Attorneys for Defendant*

 s/ Brian M. Blum

BLUM LAW OFFICE PLC
Scottsdale, Arizona